**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1) GREEN'S GLASS AND OKLA'S<br>GARAGE DOOR CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 26-cv-00418-MTS. |
| vs. | ) | |
| | ) | |
| 1) GRAIN DEALERS MUTUAL<br>INSURANCE COMPANY; | ) | |
| 2) MAIN STREET AMERICA INSURANCE; | ) | |
| and 3) AMERICAN FAMILY MUTUAL | ) | |
| INSURANCE COMPANY, | ) | Pontotoc County District Court |
| | ) | Case No. CJ-2026-47 |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant Grain Dealers Mutual Insurance Company ("Grain Dealers") ("Defendant"), hereby removes this action from the District Court of Pontotoc County in the State of Oklahoma, Case No. CJ-2026-47 (the "State Court Case"), to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of the removal of this action, Defendant states as follows:

1. On May 6, 2026, Green's Glass and Okla's Garage Door Co., Inc., ("Plaintiff") filed a petition ("Petition") in the State Court Case against Defendants.

2. The Petition alleges that Plaintiff purchased a property insurance policy from Defendants; Policy No. MPP6387D. Ex. 1, Petition, ¶ 7. Further, Plaintiff alleges their property was damaged by hail on or about March 14, 2024, and that the damage was reported to Defendants. *Id.* ¶¶ 9, 10. As a result of the damage, Plaintiff alleges a claim was presented to Defendants. *Id.* ¶ 11. Plaintiff alleges that Defendants sent a representative to conduct an inspection relating to the loss, who prepared an estimate. *Id.* ¶ 13. Plaintiff alleges that the

1

estimate for repairs, at $140,556.83, "was unreasonably low" and "would not pay for repairs necessary to return the building to its pre-storm condition." Ex. 1, Petition, ¶¶ 14, 16. Plaintiff alleges to have obtained a different estimate for repairs at $302,291.83. *Id*. ¶ 15.

3.    Plaintiff's Petition asserts two claims: breach of contract and breach of the duty of good faith and fair dealing. *Id*. ¶¶ 18-38. Plaintiff is seeking actual damages and punitive damages in excess of $75,000. *Id*.

4.   Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition, and all other pleadings filed in the State Court Case and available to Defendant are attached hereto as Exhibits 1-8.

5.     Defendant was served with the Summons and the Petition in this action on June 17, 2026.  Therefore, this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b).

6.    Plaintiff is an Oklahoma corporation which conducts business in the State of Oklahoma, for purposes of diversity jurisdiction.

7.    Defendant, Grain Dealers, has its principal place of business in Indiana. Grain Dealers is organized and incorporated under the laws of the State of Indiana. Therefore, Grain Dealers is a citizen of Indiana, and is not a citizen of the State of Oklahoma.

8.    Defendant, Main Street, has its principal place of business in Florida. Main Street is organized and incorporated under the laws of the State of Florida. Therefore, Main Street is a citizen of Florida, and is not a citizen of the State of Oklahoma.

9.    Defendant, American Family, has its principal place of business in Wisconsin. American Family is organized and incorporated under the laws of the State of Wisconsin. Therefore, American Family is a citizen of Wisconsin, and is not a citizen of the State of

2

Oklahoma. Thus, Defendant satisfies the complete diversity requirement of 28 U.S.C. § 1332(c)(1).

10.    Pursuant to 28 U.S. § 1446 and LCvR 81.2, Defendants attach as exhibits to this Notice of Removal true and legible copies of any other process, pleadings and orders filed or served in the State Court Case, to wit: Exhibit 1, Petition; Exhibit 2, Summons Issued to American Family; Exhibit 3, Summons Issued to Main Street; Exhibit 4, Summons Issued to Grain Dealers; Exhibit 5, Entry of Appearance of J. Young; Exhibit 6, Entry of Appearance of D. Donchin; Exhibit 7, Entry of Appearance of R. Oldfield, Exhibit 8 Civil Docket Sheet State Court.

11.    Further, pursuant to 28 U.S. § 1446(d) and LCvR 81.2, written Notice of Filing Notice of Removal to Federal Court is being served on counsel for Plaintiff and filed with the Clerk of the District Court of Pontotoc County.

WHEREFORE, Defendant Grain Dealers Mutual Insurance Company, respectfully requests that this Court assume full jurisdiction over this action.

Respectfully submitted,

**Rhodes Hieronymus Jones Tucker & Gable, PLLC**

By*:    s/Caleb S. McKee                               *
Randall E. Long, OBA 22216
rlong@rhodesokla.com
Caleb McKee, OBA 32066
cmckee@rhodesokla.com
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; fax: (918) 592-3390
***Attorneys for Defendant,***
***Grain Dealers Mutual Insurance Company***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of July 2026, a true copy of the foregoing NOTICE OF REMOVAL was served upon the following parties via U.S. mail and electronic mail.

David B. Donchin, OBA #10783
Joshua L. Young, OBA #31279
Ryan M. Oldfield, OBA #18976
920 North Harvey
Oklahoma City, Oklahoma 73102-2610
Tel: (405) 235-9584
Fax: (405) 235-0051
***Attorneys for Plaintiff***

*s/Caleb S. McKee*
Randall E. Long/Caleb McKee

4