IN THE DISTRICT COURT OF PONTOTOC COUNTY
STATE OF OKLAHOMA

GREEN'S GLASS AND OKLA'S GARAGE DOOR
CO., INC.,

    Plaintiff,

v.

GRAIN DEALERS MUTUAL INSURANCE
COMPANY; MAIN STREET AMERICA
INSURANCE; and AMERICAN FAMILY
MUTUAL INSURANCE COMPANY,

    Defendants.

Case No. CJ-26-47

**F I L E D**

MAR -6 2026

LACEE FLANARY, Court Clerk
Pontotoc County, Oklahoma
By _____
Deputy

## PETITION

COMES NOW Plaintiff, Green's Glass and Okla's Garage Door Co., Inc., and for its causes of action against Defendants, Grain Dealers Mutual Insurance Company, Main Street America Insurance and American Family Mutual Insurance Company, alleges and states as follows:

## PARTIES

1.     Plaintiff, Green's Glass and Okla's Garage Door Co., Inc., is an Oklahoma corporation which conducts business in the State of Oklahoma.

2.     Defendant, Grain Dealers Mutual Insurance Company ("Grain Dealers"), is a foreign insurance company domiciled and incorporated under the laws of the State of Indiana with its principal place of business in Indiana.

3.     Defendant, Main Street America Insurance ("Main Street"), is a foreign insurance company domiciled and incorporated under the laws of the State of Florida with its principal place of business in Florida.

4.     Defendant, American Family Mutual Insurance Company ("American Family"), is a foreign insurance company domiciled and incorporated under the laws of the State of Wisconsin with its principal place of business in Wisconsin.

**EXHIBIT 1**

## FACTS

5.    The damaged property at issue is located at 310 East 10th Street, Ada, Pontotoc County, Oklahoma (the "Insured Property").

6.    At the time of the loss, Plaintiff was insured under Grain Dealers Mutual Insurance Company property insurance policy number (Policy No. MPP6387D).

7.    Plaintiff, Green's Glass and Okla's Garage Door Co., Inc., purchased a property insurance policy from Defendants Grain Dealers, Main Street and American Family, policy number MPP6387D, which was in effect on the date of loss.

8.    This Court has jurisdiction over this matter and venue is appropriate in Pontotoc County.

9.    On or about March 14, 2024, Plaintiff's Insured Property was severely damaged as a direct result of storm related damage caused by hail.

10.    Plaintiff reported the hail damage to Defendants in a timely manner.

11.    Plaintiff presented a claim to Defendants Grain Dealers, Main Street and American Family.

12.    Defendants received notice of the loss and assigned claim number 01-007-346209 to the claim. They then assigned the claim to an adjuster.

13.    On April 1, 2024, Defendants Grain Dealers, Main Street and American Family sent a representative to Plaintiff's Insured Property for an inspection relating to the loss who prepared an estimate that did not include all of the damage to the building caused by the storm.

14.    Defendants' estimate did not pay for all of the damages when it estimated the cost of repair at $140,556.83.

15.    Plaintiff obtained an estimate for repairs at $302,291.83.

16.    Defendants' estimate was unreasonably low because the estimate amount would not pay for repairs necessary to return the building to its pre-storm condition.

2

#22283928.1

17. Plaintiff complied with all terms and conditions of the insurance policy and all reasonable requests by Defendants Grain Dealers, Main Street and American Family.

## CAUSES OF ACTION

### COUNT I
### BREACH OF INSURANCE CONTRACT

18. Plaintiff hereby asserts, alleges and incorporates paragraphs 1-**Error! Reference source not found.** herein.

19. The property insurance policy number MPP6387D issued by Defendants Grain Dealers, Main Street and American Family to Plaintiff was in effect on March 14, 2024, and at all times relevant to Plaintiff's claim with Defendants Grain Dealers, Main Street and American Family.

20. Subsequent to the damaging event at Plaintiff's Insured property, Plaintiff timely submitted an insurance claim to Defendants Grain Dealers, Main Street and American Family.

21. Defendants Grain Dealers, Main Street and American Family had the ability and capability to investigate the claim submitted by Plaintiff.

22. Defendants Grain Dealers, Main Street and American Family and their representative inspected the damage to Plaintiff's Insured Property.

23. Plaintiff repeatedly asked Defendants Grain Dealers, Main Street and American Family to pay its claim.

24. Defendants Grain Dealers, Main Street and American Family refused to pay for all of the damage relating to Plaintiff's claim.

25. The actions of Defendants Grain Dealers, Main Street and American Family violated and breached the terms and conditions of the insurance contract.

3

#22283928.1

26. As a direct result of the breach of contract by Defendants Grain Dealers, Main Street and American Family, Plaintiff sustained damages and seeks payment for all amounts due under the contract for damage to Plaintiff's Insured Property.

## COUNT II
## BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

27. Plaintiff hereby asserts, alleges and incorporates paragraphs 1-26 herein.

28. Subsequent to the damaging event at Plaintiff's Insured Property, Plaintiff timely submitted an insurance claim to Defendants Grain Dealers, Main Street and American Family.

29. Following receipt of Plaintiff's claim, Defendants failed to conduct a reasonable investigation of Plaintiff's claim. As a result of their unreasonable investigation, Defendants failed to properly and fairly evaluate the claim and compensate Plaintiff for damage which was covered under the policy, specifically by creating an estimate for repairs that no qualified contractor will agree to perform the work at that amount.

30. Defendants also unreasonably handled this claim by making arbitrary decisions that harm its insured when it ignored evidence that showed its estimate and investigation were unreasonable.

31. Defendants unreasonably investigated this claim by ignoring evidence that would benefit the insured and necessary for repairs.

32. Defendants refused to issue policy payments to Plaintiff for the damages to its Insured Property. Defendants' refusal to pay for repair and/or replacement of damaged property is a breach of the duty of good faith and fair dealings and represents a bad faith breach of Plaintiff's insurance policy issued by Defendants.

33. Defendants failed to properly and timely evaluate and pay Plaintiff's claim at the time of their inspection of the property and have unreasonably delayed Plaintiff's claim and the policy payments due thereon.

4

#22283928.1

34.    The acts and omissions of Defendants Grain Dealers, Main Street and American Family in the investigation, evaluation and denial of payments were unreasonable and constitute a breach of the duty of good faith and fair dealing and for with bad faith and extracontractual damages are sought.

35.    As a result of Defendants' breach of the duty of good faith and fair dealing, Plaintiff has suffered damages including financial losses, loss of reputation, embarrassment, and other damage in excess of $75,000.

36.    The conduct of Defendants Grain Dealers, Main Street and American Family in the handling of Plaintiff's claim was unfair, willful, intentional, wanton, and was committed with a reckless disregard of the rights of the Plaintiff for which punitive damages are sought.

37.    Accordingly, Plaintiff seeks punitive damages in an amount to be determined by the jury but not less than the amount of actual damages sought at trial.

38.    Plaintiff hereby requests the matter set forth herein be determined by a jury of its peers.

WHEREFORE, Plaintiff, Green's Glass and Okla's Garage Door Co., Inc., prays for judgment against Defendants, Grain Dealers Mutual Insurance Company, Main Street America Insurance and American Family Mutual Insurance Company, for its damages, for contractual, extra-contractual and punitive damages in an amount in excess of $75,000.00, plus its costs, interest, attorney fees and other such relief this Court deems just and equitable.

5

#22283928.1

DURBIN, LARIMORE & BIALICK

By: _____
David B. Donchin, OBA #10783
Joshua L. Young, OBA #31279
Ryan M. Oldfield, OBA #18976
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
ddonchin@dlb.net; jyoung@dlb.net;
roldfield@dlb.net
Attorneys for Plaintiff

JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED

9975.0036\Petition(22283928.1)

6

#22283928.1