UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

GREEN'S GLASS AND OKLA'S GARAGE DOOR
CO., INC.,
    Plaintiff,

v.

Case No. CIV–26-248-GLJ

GRAIN DEALERS MUTUAL INSURANCE
COMPANY; MAIN STREET AMERICA
INSURANCE; and AMERICAN FAMILY
MUTUAL INSURANCE COMPANY,
    Defendants.

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS MAIN STREET AMERICA INSURANCE AND AMERICAN FAMILY MUTUAL INSURANCE COMPANY

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Green's Glass and Okla's Garage Door Co., Inc., by and through its attorney of record, Joshua L. Young of the firm Durbin, Larimore & Bialick, joining with Defendant, Grain Dealers Mutual Insurance Company, by and through its attorney of record, Caleb S. McKee of the firm Rhodes, Hieronymus, Jones, Tucker & Gable, stipulate and agree to the dismissal **without** prejudice of Defendants Main Street America Insurance and American Family Mutual Insurance Company from the above-captioned matter. Plaintiff maintains its causes of action against the remaining Defendant Grain Dealers Mutual Insurance Company who is not dismissed by this filing.

| | |
|---|---|
| *s/Joshua L. Young* | *s/Caleb S. McKee* |
| David B. Donchin, OBA #10783 | Randall E. Long, OBA #22216 |
| Joshua L. Young, OBA #31279 | Caleb S. McKee, OBA #22216 |
| Ryan M. Oldfield, OBA #18976 | Rhodes, Hieronymus, Jones, |
| Durbin, Larimore & Bialick | Tucker & Gable, P.L.L.C. |
| 920 North Harvey | P.O. Box 21100 |
| Oklahoma City, OK 73102-2610 | Tulsa, OK 74121-1100 |
| Telephone: (405) 235-9584 | Telephone: (918) 582-1173 |
| Facsimile: (405) 235-0551 | Facsimile: (918) 592-3390 |
| ddonchin@dlb.net; jyoung@dlb.net; | rlong@rhodesokla.com |
| roldfield@dlb.net | cmckee@rhodesokla.com |
| Attorneys for Plaintiff | Attorneys for Defendant, Grain Dealers Mutual Insurance Company |
| | *(Signed by Filing Attorney with permission of Defendant Attorney)* |

9975.0036 \ DWOP AmFam _ Mutual(22360049.1)